## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HEATHER MINES, individually and on behalf of all others similarly situated,

                  Plaintiff,

    v.

SECURITY CREDIT SERVICES, LLC,

                  Defendant.

:      **3:22-CV-1489**
:      **(JUDGE MARIANI)**

FILED
SCRANTON

MAY 02 2023

PER _____
DEPUTY CLERK

### ORDER

**AND NOW, THIS 2ND DAY OF MAY, 2023,** upon receipt of the parties' Joint Stipulation of Dismissal (Doc. 6) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge